1084

THE STATE OF WASHINGTON, *Petitioner*, v. LYNN R. JOHNSON, *Respondent*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 00-2-00116-1, Evan E. Sperline, J., entered April 6, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Sweeney, J.

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE JOSEPH GOLAY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-00037-2, Robert D. Austin, J., entered April 19, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney and Schultheis, JJ.

DELORES E. GODFREY, ET AL., *Appellants*, v. ARGONNE FAMILY RESTAURANTS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-2-06891-6, Richard J. Schroeder, J., entered June 21, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Sweeney, J.

*In the Matter of the Marriage of* SKIP B. STOKER, *Appellant*, and JULIE A. STOKER, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 96-3-00708-1, Craig J. Matheson, J., entered June 25, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Schultheis, J.